IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REX WATKINS, #217 981, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-976-MEF |
| ) | |
| LEON FORNISS, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. #18) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #18) of the Magistrate Judge is ADOPTED and the petition for writ of habeas corpus is DENIED and DISMISSED with prejudice because it was not filed within the period of limitation established by applicable federal law.

DONE this the 22nd day of April, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE